IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **BULLETPROOF PROPERTY MANAGEMENT LLC,**<br><br>         **Plaintiff,**<br><br>     v.<br><br>**TESLA, INC.; JOHN DOES Nos. 1-20, unknown persons,**<br><br>         **Defendants.** | Case No. 1:25-cv-665-ADA |

**NOTICE OF AGREED EXTENSION OF TIME TO COMPLETE VENUE DISCOVERY**

The Parties, Plaintiff Bulletproof Property Management LLC and Defendant Tesla, Inc., by and through their undersigned counsel, hereby jointly provide the Court notice that they have reached an agreement to extend the deadline to complete venue discovery until November 24, 2025.

| | |
|---|---|
| Dated: October 22, 2025 | Respectfully submitted, |

**BUETHER JOE & COUNSELORS, LLC**

By: /s/*Christopher M. Joe*
    Christopher M. Joe
    State Bar No. 00787770
    Chris.Joe@BJCIPLaw.com

    1700 Pacific Avenue, Suite 4750
    Dallas, Texas 75201
    Telephone:  (214) 466-1272
    Facsimile:  (214) 635-1828

**PATRICK DOERR PLLC**

  Michael S. Marron (admitted *pro hac vice*)
  NY State Bar No. 5146352
  michael.marron@patrickdoerr.com

  Robert Rando (admitted *pro hac vice*)
  NY State Bar No. 2335537
  robert.rando@patrickdoerr.com

  1501 Broadway, Suite 2310
  New York, New York 10036
  Telephone: (212) 680-4052

**COUNSEL FOR PLAINTIFF BULLETPROOF PROPERTY MANAGEMENT LLC**

**FISH & RICHARDSON P.C.**

By: */s/ David M. Hoffman*
    David M. Hoffman
    Texas Bar No. 24046084
    hoffman@fr.com
    111 Congress Avenue, Suite 2000
    Austin, TX 78701
    Tel: (512) 472-5070
    Fax: (512) 320-8935

    Aamir A. Kazi
    Georgia Bar No. 104235
    1180 Peachtree Street, 21st Floor
    Atlanta, GA 30309
    Tel: (404) 892-5005
    Fax: (404) 892-5002

**TESLA, INC.**

  Krista Carter (admitted to W.D. Tex.)
  kricarter@tesla.com
  Gina Cremona (admitted to W.D. Tex.)
  gcremona@tesla.com
  3000 Hanover Street
  Palo Alto, CA 94304
  Tel: (650) 647-0015

**COUNSEL FOR DEFENDANT, TESLA, INC.**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on October 22, 2025, and was served via CM/ECF on all counsel of record.

                                                          */s/ Michael S. Marron*
                                                          Michael S. Marron